IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-96-AP**

**STEVE P. SMITH,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## AMENDED ORDER OF REMAND

Kane, J.

Plaintiff's Unopposed Motion Requesting that the Court Amend its Order to Allow the Remanded Case to be Assigned to a New Administrative Law Judge (doc. #17), filed June 13, 2007, is GRANTED. The Order of Remand (doc. #16), entered on June 12, 2007, is amended to reflect that, upon remand, this case shall be assigned to a different Administrative Law Judge. As previously ordered, this civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: June 13, 2007.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT